UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JONATHAN SILVER SKY, | Case No. 3:13-cv-00217-MMD-WGC |
| Plaintiff, | ORDER |
| v. | |
| MARY E. MARTIN, | |
| Defendant. | |

The Court received the attached letter from plaintiff. This case has been dismissed for failure to file proof of service on defendant, Mary E. Martin. To the extent plaintiff seeks reconsideration of the dismissal order, the request is denied. Plaintiff appears to claim that he did file proof of service. However, Plaintiff appears to attach a certificate of service, which is not the same as proof that service of process has been effectuated on defendant.

DATED THIS 1st day of December 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

J. Silver Sky                                     November 21, 2014
50 Crossroads Drive
Shelby, MT. 59474


UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA


RE: Cause Number 3:13-CV-00217 MMD-WGC


To the Honorable Judge Miranda M. Dü,

     Let me get to the point; I now find it necessary to directly write to
you, rather than attempting to pursue this issue through the Clerk of Court,
as I am sending this communique under emergency circumstances of duress due
to a terrible wrong.
     Please allow me to expand upon the above mentioned statement; On
on September 11, 2014, I received from your court a "Notice of Intent to
Dismiss". I immediately typed a communication to the Clerk of the Federal
Court, informing the Clerk that at the time of the ORIGINAL FILING of my
motion on April 26, 2013, I had enclosed the proper "Proof-of-Service"
required for the filing. Further, I, also, question the possibility of the
document having been misplaced within the Clerk's office...
     Thereafter, on September 12, 2014, I personally took the request
information, and letter, to the U.S. Post Office and mailed said information
to Reno, NV. Whatever has happened in the hands of the Post Office, or
possibly the Clerk of Court's office, is a complete and utter mystery to
me. I do not know if it was lost in the mail, or in the Clerk's office, but
do know it was sent as requested.
     I am requesting for reconsideration, due to the circumstances as I am
indigent and do not have the financial ability to refile.
     I would like to THANK you for your time and understanding within this
matter, and hope that you have a good Thanksgiving holiday.


                                        Jonathan Silver Sky
                                        J. Silver Sky


Enc: Copy of ORIGINAL "Proof of Service"

J. Silver Sky
50 Crossroads Drive
Shelby, MT. 59474

CERTIFICATE OF SERVICE

I, J. Silver Sky, Petitioner Pro-Se, have mailed, via U.S. Mail, two
copys of WRIT OF HABEAS CORPUS on the 22nd day of April 2013, to the
following:

United States District Court
District of Nevada
400 South Virgina St.
Reno, Nevada 89501

Mary E. Martin
Respondent
3490 Death Valley Dr.
Las Vegas, Nevada 89122

J. Silver Sky

J. Silversky
50 Crossroads Dr
Shelby MT 59474

CERTIFIED MAIL

7012 1640 0001 0315 1664

U.S. POSTAGE
PAID
CONRAD, MT
59425
NOV 24, 14
AMOUNT
$3.79
00025764-25

UNITED STATES
POSTAL SERVICE

1000        89501

The Honorable Judge, Miranda M. Du
℅ U.S.D.C. District of Nevada
400 So. Virginia St #301
Reno NV 89501

89501$2132